# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 13, 2014

## NO.  03-13-00375-CR

### Ex parte James Michael Jeffcoat

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE**
**AFFIRMED -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment denying relief on the application for writ of habeas corpus entered by the trial court.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment on the denial of the application for writ of habeas corpus.  Therefore, the Court affirms the trial court's judgment on the denial of the application for writ of habeas corpus.  The appellant shall pay all costs relating to this appeal, both in this Court and the court below.